## MOTION DOCKET

**00–1115.   State ex rel. Madonia v. Callahan.**
In Mandamus. On motion for stay of foreclosure pending disposition of the motion for reconsideration. Motion denied.

**00–1518.   State ex rel. Saffel v. Wiest.**
Wayne App. No. 00CA0028. On motion for leave to file delayed appeal. Motion denied.
    Moyer, C.J., and Pfeifer, J., dissent.

**00–1525.   State v. Hoffman.**
Huron App. No. H–99–035. On motion for leave to file delayed appeal. Motion granted.
    Douglas and F.E. Sweeney, JJ., dissent.
    Resnick, J., not participating.

**00–1580.   State v. Kelly.**
Cuyahoga App. No. 74912. On motion for leave to file delayed appeal. Motion denied.

**00–1581.   State v. Mitchell.**
Montgomery App. No. 17763. On motion for leave to file delayed appeal. Motion denied.
    Pfeifer, J., dissents.

**00–1595.   State v. Barnes.**
Portage App. No. 98–P–0052. On motion for stay of court of appeals' judgments. Motion granted.
    Lundberg Stratton, J., dissents.

**00–1596.   State v. Trummer.**
Columbiana App. No. 95CO15. On motion for leave to file delayed appeal. Motion denied.

**00–1605.   State v. Brant.**
Portage App. No. 99–P–0037. On motion for stay of court of appeals' judgment. Motion granted.
    Lundberg Stratton, J., dissents.

**00–1613.   Rizvi v. State Med. Bd. of Ohio.**
Franklin App. No. 99AP–1136. On motion for stay of court of appeals' decision. Motion granted.
    Douglas and Resnick, JJ., dissent.

## DISCRETIONARY APPEALS ALLOWED

**00–1076.   Royster v. Toyota Motor Sales, U.S.A., Inc.**
Cuyahoga App. No. 75634.
    Moyer, C.J., Pfeifer and Lundberg Stratton, JJ., dissent.

**00–1134.   Benton v. Cuyahoga Metro. Hous. Auth.**
Cuyahoga App. No. 76508. Discretionary appeal allowed and cause held for the decision in 00–472 and 00–481, *Johnson v. Greene Cty. Drug Task Force,* Greene App. No. 99CA61; briefing schedule stayed.
    Douglas, J., dissents.
    Resnick, J., not participating.

**00–1145.   Davis v. Wal–Mart Stores, Inc.**
Cuyahoga App. No. 75224. Discretionary appeal allowed and motion for admission *pro hac vice* of Melanie P. Sarwal by Brian G. Selden granted.
    Resnick and Pfeifer, JJ., dissent.

**00–1151.   State v. Mitchell.**
Cuyahoga App. No. 77428. The discretionary appeal is allowed on Proposition of Law No. III.
    Moyer, C.J., Cook and Lundberg Stratton, JJ., would also reverse the judgment and remand the cause on authority of *Woods v. Telb* (2000), 89 Ohio St.3d 504, 733 N.E.2d 1103.
    Resnick, J., would allow all propositions of law.
    Douglas, F.E. Sweeney and Pfeifer, JJ., dissent.